UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMEIN RAKIN RANDOLPH,
                Plaintiff,          25-mc-231 (JGK)

     - against -                   ORDER

RAMONA L. GOODMAN,
                Defendant.

---

**JOHN G. KOELTL, District Judge:**

    Jamein Rakin Randolph ("Randolph"), who is appearing pro se, initiated this matter as a miscellaneous case.[1] See ECF No. 1. Randolph styles his lead submission as a "motion on notice of written correspondence directive" and supports the motion with several affidavits. See id. It is unclear on the face of the motion exactly what relief the plaintiff seeks.

    "The District Clerks' Manual, published by the Administrative Office of the United States Courts, sets forth the nationwide guidelines for prescribed uses of the miscellaneous docket." In re Varholy, No. 23-mc-4, 2023 WL 4236044, at *1 (D. Conn. June 28, 2023). Those uses include:

> Foreign subpoenas, registration of judgment from another district, motion to quash deposition subpoena, motion for protective order, administrative deposition subpoena, application to perpetuate testimony, receiverships, letters rogatory from other districts, warrant for arrest of juror, pen registers, wire interceptions, video

---

[1] The filing fee for a miscellaneous case is $52.00, whereas the fees for commencing a civil action total $405.00.

> interceptions, grand jury matters, internal revenue service third party record keeper actions, and proceedings against sureties.

Id. at *2. Randolph's application is not proper as a miscellaneous matter and cannot proceed on the miscellaneous docket. Accordingly, the Court orders that this miscellaneous case be closed and that the application be opened as a new civil action. Any pending motions are denied without prejudice.

Accordingly, the Clerk of Court is directed to treat the plaintiff's applications as a new civil action and close this miscellaneous case. No further filings will be accepted in this miscellaneous action. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.
Dated:   New York, New York
         June 5, 2025

_____
John G. Koeltl
United States District Judge